PROBATION FORM NO 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.                                                      Crim. No. 04CR50181-PHX-SRB

MERLIN KAUFFMAN

FILED _____ LODGED _____
RECEIVED _____ COPY _____
JAN 2 5 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

On 01/13/2004 the above named was placed on probation for a period of 2 years. He has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

_____
Susan Nork
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 20 day of Jan 2005

_____
The Honorable Susan R. Bolton
United States District Judge

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on January 26, 2005
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_WYDJSYy^WrX_